An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

AUBREY T. GRANT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62376



**FILED**

JUN 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order denying a motion to correct sentence.[1]   Eighth Judicial District Court, Clark County; Michael Villani, Judge.

In his motion filed on November 6, 2012, appellant claimed that the sentence for count 3 should run concurrently with the sentence imposed for count 1.   Appellant failed to demonstrate that the district court relied on mistaken assumptions regarding his criminal record that worked to his extreme detriment. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996).   Appellant further failed to demonstrate that his sentence was facially illegal or that the district court lacked

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17390

jurisdiction. *See id.* We therefore conclude that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Michael Villani, District Judge
Aubrey T. Grant
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk